```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03391
   JUAN N TARIN
   DORA I TARIN                              CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8593    SSN XXX-XX-0761

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/14/2008 and was confirmed 05/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY   NOT FILED            .00           .00
WELLS FARGO HOME MORTGAG CURRENT MORTG      .00             .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE      .00             .00           .00
TARGET NATIONAL BANK     UNSECURED        406.26            .00         26.76
ECAST SETTLEMENT CORP    UNSECURED      10833.83            .00        857.51
ROUNDUP FUNDING LLC      UNSECURED       5644.00            .00        446.73
PRA RECEIVABLES MGMT     UNSECURED       3267.86            .00        258.66
COMCAST                  UNSECURED     NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED        728.67            .00         47.99
ECAST SETTLEMENT CORP    UNSECURED        749.75            .00         49.39
CAPITAL RECOVERY ONE     UNSECURED        122.50            .00           .00
HSBC BANK NEVADA NA      UNSECURED        760.81            .00         50.11
HOUSEHOLD BANK           UNSECURED       1668.98            .00        132.10
HSBC MENARDS             UNSECURED     NOT FILED            .00           .00
ST ALEXIUS MEDICAL CENTE UNSECURED     NOT FILED            .00           .00
CHASE BANK USA NA        UNSECURED        564.78            .00         37.20
PEDIATRIC CRITICARE      UNSECURED     NOT FILED            .00           .00
SEARS/CBSD               UNSECURED     NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED       1053.85            .00         69.41
ROUNDUP FUNDING LLC      UNSECURED        238.88            .00         15.73
PRA RECEIVABLES MGMT     UNSECURED       1896.75            .00        150.14
CITIGROUP INC            CURRENT MORTG      .00             .00           .00
CITIGROUP INC            SECURED NOT I      .00             .00           .00
HARRIS NA                SECURED VEHIC      .00             .00           .00
HARRIS NA                UNSECURED     NOT FILED            .00           .00
ROUNDUP FUNDING LLC      SECURED NOT I   907.20             .00           .00
HOUSEHOLD BANK           SECURED NOT I   550.00             .00           .00
THAYER C TORGERSON       DEBTOR ATTY        .00                           .00
TOM VAUGHN               TRUSTEE                                       183.33
DEBTOR REFUND            REFUND                                         74.94

     Summary of Receipts and Disbursements:

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 03391 JUAN N TARIN & DORA I TARIN
```

```
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                2,400.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                      2,141.73
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             183.33
DEBTOR REFUND                                     74.94
                       ---------------     ---------------
TOTALS                 2,400.00             2,400.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 08 B 03391 JUAN N TARIN & DORA I TARIN